IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JUAN CARLOS GARCIA-CALDERON,<br>Petitioner,<br><br>v.<br><br>KRISTI NOEM, Secretary, U.S.<br>Department of Homeland Security, et al.,<br>Respondents. | §<br>§<br>§<br>§<br>§     A-25-CV-2040-ADA-ML<br>§<br>§<br>§<br>§<br>§ |

## ORDER

Before the court is Petitioner Juan Carlos Garcia-Calderon's ("Petitioner") Motion for Urgent Remedy and Sanctions (Dkt. 12).[1] Accordingly, the court **SETS** the following briefing schedule for Petitioner's Motion:

**IT IS ORDERED** that Respondents file their response to Petitioner's Motion by **5:00 p.m. on February 9, 2026**. Petitioner may, at his discretion, file a reply by **5:00 p.m. on February 12, 2026**. Upon completion of the parties' briefing, the court will determine whether this matter calls for a hearing.

SIGNED February 2, 2026,

_____
MARK LANE
UNITED STATES MAGISTRATE JUDGE

---

[1] This case was referred by United States District Judge Alan D Albright to the undersigned for all proceedings, pursuant to 28 U.S.C. § 636(b)(1)(A), (B) and Appendix C of the Local Rules of the United States District Court for the Western District of Texas. *See* Dkt. 2.