IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Juan Carlos Garcia-Calderon,<br>PETITIONER, | §<br>§<br>§ | |
| V. | §<br>§ | CIVIL NO. 1:25-CV-002040-ADA |
| Kristi Noem, Secretary, U.S. Department of<br>Homeland Security, et al,<br>RESPONDENTS. | §<br>§<br>§<br>§ | |

## ORDER

Before the Court is Petitioner's Motion For Urgent Remedy and Sanctions. Dkt. No. 12. Having thoroughly reviewed the Motion, Federal Respondents' Response, and Petitioner's Reply, as well as the applicable law and facts of this particular case, the Court finds that the Motion (Dkt. No. 12) should be **DENIED**. The Court agrees with Respondents that the Court's January 12 Order, as well as current statutes, regulation, and case law do not impose an explicit or implicit prohibition on ICE's ability to enroll aliens in Intensive Supervision Appearance Program ("ISAP) or alternatives to detention ("ATD"). The Court also does not find it necessary or appropriate to impose sanctions or hold Respondents in contempt of court based on the record of this case.

Further, the Court acknowledges Respondents' arguments for reconsidering its prior ruling in light of recent Fifth Circuit guidance. However, the Court will allow its prior ruling made on January12, 2026, and unstayed on January 21, 2026, to remain in place as the Petitioner has already been released—thus making further reconsideration of his petition moot.

IT IS THEREFORE ORDERED that Petitioner's Motion For Urgent Remedy and Sanctions (Dkt. No. 12) is hereby **DENIED.**

All other relief sought is hereby **DENIED.**

**IT IS SO ORDERED** on February 13, 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE